Acme Castings Company, appellant, v. Home Stove Works, appellee. Gen. No. 28,094.

Action of the first class in assumpsit. Judgment for plaintiff after certain paragraphs of its amended statement of claim were stricken. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Eisendrath & Solomon and James C. Martin, for appellant. David B. Gann and Peaks, Bunch & Latimer, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Frederick L. Wilk, trustee under the last will of John H. Sanborn, deceased, appellee, v. Joseph W. Sanborn, appellee. Ida M. Sanborn, appellant. Gen. No. 28,122.

Bill of interpleader by trustee under will for leave to pay into court certain moneys claimed respectively by son and daughter of testator. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923. Rehearing denied May 7, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Granville W. Browning, for appellant. Harry F. Hamlin, for appellee; Leland V. Pierson, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

John M. Klonowski, administrator of the estate of Elizabeth Frankowicz, deceased, appellee, v. George C. K. Schmidt, appellant. Gen. No. 28,143.

Action in tort by administrator of an estate against executor and trustee. Motion to correct a judgment for error in form so as to allow issuance of execution against defendant personally. Decree on motion for complainant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Miller, Gorham, Wales & Noxon, for appellant. David K. Tone, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Henry Hattendorf, appellee, v. Joseph Kuyzin, appellant. Gen. No. 28,170.

Proceedings in forcible detainer and for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed in part and reversed in part. Opinion filed April 24, 1923.

Julius P. Waitches, for appellant. Joseph Planer, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

John Miller, appellee, v. Mrs. Helen English, appellant. Gen. No. 28,179.

Action in forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. A. N. Gualano, Judge, presiding. Heard in the Branch Appellate Court at the October term,